**Order entered March 13, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00036-CR

**TOBI LAWAN DOUNLEY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 204th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F15-56205-Q**

## ORDER

Before the Court is appellant's March 8, 2019 motion for a continuance to file appellant's brief. We treat the motion as a motion to extend time. We **GRANT** the motion and **ORDER** appellant's brief filed on or before **THIRTY DAYS** from the date of this order.

By letters dated January 24, 2019 and February 25, 2019, we notified the trial court that the clerk's record does not contain the trial court's certification of appellant's right to appeal. *See* TEX. R. APP. P. 25.2(a), (d); *Cortez v. State*, 420 S.W.3d 803 (Tex. Crim. App. 2013). We **ORDER** a completed certification that accurately reflects the trial court proceedings filed within **TEN DAYS** from the date of this order.

/s/    LANA MYERS
        JUSTICE